OPINION — AG — QUESTION(1): "WOULD A TRUCK DRIVER WHO DELIVERS MINNOWS FOR A COMMERCIAL LICENSED MINNOW DEALER BE REQUIRED TO PURCHASE A COMMERCIAL MINNOW DEALER'S LICENSE LICENSED UNDER 29 O.S. 1961 822 [29-822]?" — NEGATIVE, OPINION NO. 65-263 WITH WITHDRAWN. QUESTION(2): "MAY A CORPORATION SECURE A COMMERCIAL MINNOW DEALER'S LICENSE UNDER 29 O.S. 1961 822 [29-822] IN THE CORPORATION'S NAME?" — AFFIRMATIVE CITE: 29 O.S. 1961 827 [29-827], 29 O.S. 1961 828 [29-828], 29 O.S. 1961 102 [29-102] (DALE CROWDER)